**Gregory Richard TORREZ, Petitioner–Appellant,**

v.

**State of ARIZONA ATTORNEY GENERAL and Charles L. Ryan, Interim Director of Arizona Department of Corrections, Respondents–Appellees.**

No. 09–16577.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 9, 2011.

Gregory Richard Torrez, Florence, AZ, pro se.

Sherri Tolar Rollison, Esquire, Office of the Attorney General Phoenix, AZ, for Respondents–Appellees.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Arizona state prisoner Gregory Richard Torrez appeals pro se from the district court's judgment denying and dismissing his 28 U.S.C. § 2254 habeas petition as

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

untimely. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Torrez contends that the district court erred by treating his second state petition for post-conviction relief as a collateral attack on his conviction rather than as an amendment to his original Rule 32 petition for purposes of calculating the timeliness of his petition. The district court did not err. *See Summers v. Schriro,* 481 F.3d 710, 715–17 (9th Cir.2007). Accordingly, Torrez's federal petition was properly dismissed as untimely.

We construe Torrez's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.